# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DELBERT L. CHATMON,** ) | |
| ) | |
| **Petitioner/Defendant,** ) | |
| ) | **CIVIL NO. 04-CV-440-DRH** |
| **vs.** ) | |
| ) | **CRIMINAL NO. 99-CR-40085** |
| **UNITED STATES of AMERICA ,** ) | |
| ) | |
| **Respondent/Plaintiff.** ) | |

## MEMORANDUM AND ORDER

**HERNDON, District Judge:**

This matter is before the Court on Petitioner's motion for relief pursuant to 28 U.S.C. § 2255. Following a jury trial, Petitioner was found guilty of conspiracy to possess and distribute more than 50 grams of crack cocaine, a violation of 21 U.S.C. §§ 841(a)(1), 846. On February 20, 2002, he was sentenced to life imprisonment, 10 years supervised release if paroled, a fine of $2500, and a special assessment of $100. On appeal, the calculation of his sentence was affirmed. *United States v. Chatmon*, 324 F.3d 889 (2003). Petitioner then filed the instant motion under § 2255.

In his motion the Petitioner raises the following grounds for relief: (1) the Government suborned perjured testimony, (2) the Court erred in allowing a witness to invoke the Fifth Amendment's protection against self-incrimination, (3) trial counsel was ineffective in failing to argue for a buyer/seller jury instruction, (4) appellate counsel was ineffective in failing to raise the buyer/seller argument on appeal, and (5) trial counsel was ineffective in his cross-examination of the Government's witnesses.

The Court **ORDERS** the Government to file a response to Petitioner's motion within

**THIRTY (30) DAYS** of the date of this Order.  The Government shall, as part of its response, attach all relevant portions of the record.

    **IT IS SO ORDERED.**

    **DATED:   August 9, 2005.**

    /s/    David RHerndon
    **DISTRICT JUDGE**