IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DELBERT L CHATMON,**

**Plaintiff,**

**v.**

**UNITED STATES OF AMERICA,**

**Defendant.**                                                             No. 04-CV-0440-DRH

### ORDER

**HERNDON, District Judge:**

Pending before the Court is Chatmon's motion to strike supplement response (Doc. 17). Chatmon argues that the Court should strike the Government's January 31, 2006 supplement (Doc. 16) because he never received a copy of the supplement and that the Government never received leave from the Court to file the supplement. A review of the supplement indicates that the Government filed the supplement to make sure that the record before the Court is accurate. Further, the supplement contains a certificate of service that states that the Government sent a hard copy of the supplement to Chatmon. Therefore, the Court **DENIES** Chatmon's motion to strike.

**IT IS SO ORDERED.**

Signed this 31st day of May, 2006.

/s/        David   RHerndon
**United States District Judge**