IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DELBERT L CHATMON,**

**Plaintiff,**

**v.**

**UNITED STATES OF AMERICA,**

**Defendant.**                                              No. 04-CV-0440-DRH

### ORDER

**HERNDON, District Judge:**

Now before the Court is Chatmon's June 19, 2006 motion to alter or amend its Order denying his motion to strike the Government's supplemental response (Doc. 19). Specifically, Chatmon asks the Court to direct the Government or the Clerk's office to provide him with a copy of the Government's supplement. Said motion is **DENIED** in that the Court is not going to alter or amend its Order denying the motion to strike. However, the Court **DIRECTS** the Clerk of the Court to send Chatmon a copy of the Government's supplement (Doc. 16).

**IT IS SO ORDERED.**

Signed this 22nd day of June, 2006.

/s/        David  RHerndon
**United States District Judge**