# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DELBERT L. CHATMON,**

    **Petitioner,**

    **vs-**                                        No. 04-CV-440 DRH
                                                  Criminal No. 99-CR-40085 DRH

**UNITED STATES OF AMERICA,**

    **Respondent.**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came before the Court for a ruling on the petitioner's petition/motion to vacate, set aside, or correct the sentence pursuant to **28 U.S.C. §2255.**

**IT IS ORDERED AND ADJUDGED** that the petition/motion is **DENIED** and this case is **DISMISSED with prejudice**.

                                                                          **NORBERT G. JAWORSKI, CLERK**

July 19, 2007                                            BY:  s/Patricia Brown
                                                                             Deputy Clerk

APPROVED: /s/     David   RHerndon
                    **U.S. DISTRICT JUDGE**